

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00034-CV

———————————————

IN RE JERRY ZUCKER, Relator

———

Original Proceeding
372nd District Court of Tarrant County, Texas
Trial Court No. 1543839

———

Before Walker, Kerr and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and Motion to Compel Respondent's Written Opinion and is of the opinion that both should be denied.  Accordingly, relator's petition for writ of mandamus and motion to compel are denied.

Per Curiam

Delivered:  January 30, 2025